# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Delaneo-Nathaniel Tillman, Sr., | Civil No. 24-570 (DWF/ECW) |
| Plaintiff, | |
| v. | |
| Capital One Auto Finance; Volkswagen Group for Audi; and JP Morgan Chase, | **ORDER** |
| Defendants. | |
| Delaneo-Nathaniel Tillman, Sr., | Civil No. 24-916 (DWF/ECW) |
| Plaintiff, | |
| v. | |
| Capital One Auto Finance; Volkswagen Group for Audi; and JP Morgan Chase, | |
| Defendants. | |

In an order dated December 13, 2024, the Court denied the applications to proceed *in forma pauperis* ("IFP") on appeal of Plaintiff Delaneo-Nathaniel Tillman, Sr.'s actions at Civil No. 24-570 and Civil No. 24-916.  (Civ. No. 24-570 Doc. No. 40; Civ. No. 24-916 Doc. No. 41.)  The Court previously dismissed Plaintiff's claims in both actions with prejudice.  (Civ. No. 24-570 Doc. No. 34; Civ. No. 24-916 Doc. No. 32.)  Plaintiff then filed motions to vacate the orders denying Plaintiff's application to proceed IFP on the appeal in each case.  (Civ. No. 24-570 Doc. Nos. 43, 48; Civ. No. 24-916 Doc. No. 44.)  In Civil No. 24-570, on March 25, 2025, the Eighth Circuit Court of Appeals

dismissed Plaintiff's appeal for lack of jurisdiction and deemed the motion to proceed on appeal IFP moot.  (Civ. No. 24-570 Doc. No. 52.)  In Civil No. 24-916, in an order dated May 2, 2025, the Eighth Circuit Court of Appeals granted Plaintiff's motion to proceed IFP and, after considering the original file, summarily affirmed the Court's order.  (Civ. No. 24-916 Doc. No. 49.)

The Court now determines that Plaintiff's pending motions to vacate the Court's orders denying IFP status in each of the above-captioned cases are moot.

## ORDER

Based upon the foregoing and the record in these cases, **IT IS HEREBY ORDERED** that:

1. Plaintiff Delaneo-Nathaniel Tillman, Sr.'s motions to vacate the order on application to proceed *in forma pauperis* in Civil No. 24-570 (DWF/ECW) (Doc. Nos. [43], [48]) are **DENIED AS MOOT**.

2. Plaintiff Delaneo-Nathaniel Tillman, Sr.'s motion to vacate the order on application to proceed *in forma pauperis* in Civil No. 24-916 (DWF/ECW) (Doc. No. [44]) is **DENIED AS MOOT**.

Dated:  June 30, 2025                    s/Donovan W. Frank
                                         DONOVAN W. FRANK
                                         United States District Judge